442 A.2d 352

Commonwealth v. Roman, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Argued January 20, 1981. William F. Fox, Jr., for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

442 A.2d 352

Commonwealth v. Stoltzfus, Appellant.

Submitted June 3, 1981. John F. Pyfer, Jr., for appellant; Charles B. Grove, Jr., for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

Order affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.